UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Jose Lima*

_____

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

*NYC Dept. of Education*
_____
*and*
_____
*Peter Ianiello*
_____
*(In the space above enter the full name(s) of the defendant(s).
If you cannot fit the names of all of the defendants in the space
provided, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of names.
Typically, the company or organization named in your charge
to the Equal Employment Opportunity Commission should be
named as a defendant.  Addresses should not be included here.)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: *3-2-2010.*

10 Civ. *1044* ( *AKH* )

**AMENDED
COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION**

Jury Trial:  ☒ Yes   ☐ No
*(check one)*

PRO SE OFFICE

This action is brought for discrimination in employment pursuant to: *(check only those that apply)*

**✗**     Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e
to 2000e-17 (race, color, gender, religion, national origin).
**NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a
Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

_____     Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§
621 - 634.
**NOTE:** *In order to bring suit in federal district court under the Age Discrimination in
Employment Act, you must first file a charge with the Equal Employment Opportunity
Commission.*

_____     Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 -
12117.
**NOTE:** *In order to bring suit in federal district court under the Americans with Disabilities Act,
you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity
Commission.*

**✓**     New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297  (age,
race, creed, color, national origin, sexual orientation, military status, sex,
disability, predisposing genetic chacteristics, marital status).

**✗**     New York City Human Rights Law, N.Y. City Admin. Code §§ 8-101 to
131 (actual or perceived age, race, creed, color, national origin, gender,
disability, marital status, partnership status, sexual orientation, alienage,
citizenship status).

*Rev. 05/2007*        1

## I.     Parties in this complaint:

A.     List your name, address and telephone number.  Do the same for any additional plaintiffs named.
Attach additional sheets of paper as necessary.

Plaintiff        Name _Jose Lima_
                 Street Address _2525 Morris Ave Apt. C9_
                 County, City _Bronx_
                 State & Zip Code _NY 10468_
                 Telephone Number _646 - 452 - 4545_

B.     List all defendants' names and the address where each defendant may be served.  Make sure that the
defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets
of paper as necessary.

Defendant        Name _NYC Dept of Education and Peter Ianniello_
                 Street Address _65 Court St._
                 County, City _Brooklyn_
                 State & Zip Code _NY 11201_
                 Telephone Number _718 - 935 - 4000_

C.     The address at which I sought employment or was employed by the defendant(s) is:

                 Employer _NYC Dept of Education (IS 52)_
                 Street Address _65 Court St._
                 County, City _Brooklyn_
                 State & Zip Code _NY 11201_
                 Telephone Number _718 - 935 - 4000_

## II.     Statement of Claim:

State as briefly as possible the <u>facts</u> of your case, including relevant dates and events.  Describe how you were
discriminated against.  If you are pursuing claims under other federal or state statutes, you should include facts
to support those claims.  You may wish to include further details such as the names of other persons involved
in the events giving rise to your claims.  Do not cite any cases.  If you intend to allege a number of related
claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as
necessary.

A.  The discriminatory conduct of which I complain in this action includes: *(check only those that apply)*

          __X__          Failure to hire me.

          __X__          Termination of my employment.

          _____          Failure to promote me.

          _____          Failure to accommodate my disability.

          __X__          Unequal terms and conditions of my employment.

*Rev. 05/2007*                                     2

_____X_____   Retaliation.   — national origin Discrimination

_____X_____   Other acts (specify): Intentional wrongful Job Termination

**Note:** Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.

B.   It is my best recollection that the alleged discriminatory acts occurred on: Started on june 06 and continuing upto Present _(Date(s))_

C.   I believe that defendant(s) _(check one)_:

_____X_____   is still committing these acts against me.

_____   is not still committing these acts against me.

D.   Defendant(s) discriminated against me based on my _(check only those that apply and explain)_:

■ race   Hispanic          ☐ color _____

☐ gender/sex _____   ☐ religion _____

■ national origin   Dominican Rep.

☐ age.   My date of birth is _____ _(Give your date of birth only if you are asserting a claim of age discrimination.)_

☐ disability or perceived disability, _____ _(specify)_

E.   The facts of my case are as follow _(attach additional sheets as necessary)_:

I was intentional wrongful terminated by the Respondent and mr. Peter Ianniello and the Respondent Repeatly sugest me to go back to my home country. Also the Respondent stated that I won't be able to go back to work no matter what.
(The complete statement will be abailable upon Request).

**Note:**   As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights or the New York City Commission on Human Rights.

## III.   Exhaustion of Federal Administrative Remedies:

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding defendant's alleged discriminatory conduct on: _aprox Jul 06, 2009_ _(Date)_.

_Rev. 05/2007_                                 3

B.   The Equal Employment Opportunity Commission *(check one)*:

_____   has not issued a Notice of Right to Sue letter.

__X__   issued a Notice of Right to Sue letter, which I received on _____ *(Date)*.

**Note:** *Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.*

C.   Only litigants alleging age discrimination must answer this Question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct *(check one)*:

_____   60 days or more have elapsed.

__X__   less than 60 days have elapsed.

## IV.   Relief:

**WHEREFORE**, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs, as follows: -Punitive Damages (5yrs salary)

-Emotional Damages (5 yrs salary)

-my Unpay salary since june 06 to present (up to date of the

*(Describe relief sought, including amount of damages, if any, and the basis for such relief.)* trial)

-my Job as an school attendance teacher

-Abuse of authority (2 yrs salary).

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 01 day of march, 2010

Signature of Plaintiff   J. Lima

Address   2525 morris Ave.

Apt. C-9

Bronx, ny 10468

Telephone Number   646-452-4545

Fax Number *(if you have one)*   none